North Branch Court

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| In re: | ZOURAS, JAMES M | § | Case No. 05-55711 |
|---|---|---|---|
| | ZOURAS, DR. K. | § | |
| | | § | |
| Debtor(s) | | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Room 710
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at North Branch Court (Round Lake Beach) 1792 Nicole Lane Round Lake Beach, Illinois 60073  on 07 / 20 /12 at 1:30 p.m.  If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 06/08/2012     By:   /s/ Ilene F. Goldstein
                                  Trustee

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL 60035
(847) 926-9595

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: ZOURAS, JAMES M | § | Case No. 05-55711 |
| ZOURAS, DR. K. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 129,523.18 |
| *and approved disbursements of* | $ 18,998.86 |
| *leaving a balance on hand of* [1] | $ 110,524.32 |
| **Balance on hand:** | **$ 110,524.32** |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 110,524.32 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 9,726.16 | 0.00 | 9,726.16 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 28,825.00 | 16,107.50 | 12,717.50 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 671.11 | 454.98 | 216.13 |
| Accountant for Trustee, Fees - PBG | 3,872.00 | 0.00 | 3,872.00 |
| Accountant for Trustee, Expenses - PBG | 445.00 | 0.00 | 445.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 26,976.79 |
| Remaining balance: | $ 83,547.53 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 83,547.53

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,940.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9P | Illinois Department of Revenue | 1,940.00 | 0.00 | 1,940.00 |

Total to be paid for priority claims: $ 1,940.00
Remaining balance: $ 81,607.53

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 157,443.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 51.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank/Discover Financial Services | 13,799.47 | 0.00 | 7,152.66 |
| 2 | Citibank (South Dakota) N.A. | 13,967.64 | 0.00 | 7,239.83 |
| 3 | MT FOODSERVICE | 594.52 | 0.00 | 308.16 |
| 4 | Gross & Boyle | 946.46 | 0.00 | 490.58 |
| 5 | American Express Bank FSB | 1,917.08 | 0.00 | 993.68 |
| 6 | American Express Bank FSB | 7,049.88 | 0.00 | 3,654.15 |
| 7 | American Express Bank FSB | 22,753.37 | 0.00 | 11,793.72 |
| 8 | Ecolab Inc | 3,380.87 | 0.00 | 1,752.40 |
| 9U | Illinois Department of Revenue | 349.00 | 0.00 | 180.90 |
| 10 | Federated Fin. Corp.of America | 15,181.06 | 0.00 | 7,868.78 |
| 11 | Steve Amers | 77,504.26 | 0.00 | 40,172.67 |

**UST Form 101-7-NFR (10/1/2010)**

Total to be paid for timely general unsecured claims: $ 81,607.39
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By:  /s/ILENE F. GOLDSTEIN

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035
(847) 926-9595

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                             United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 05-55711-ABG
James M Zouras                                                          Chapter 7
Dr. Wendy K. Zouras
          Debtors                       CERTIFICATE OF NOTICE
District/off: 0752-1          User: esullivan              Page 1 of 3            Date Rcvd: Jun 11, 2012
                              Form ID: pdf006              Total Noticed: 63


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2012.
db/jdb       +James M Zouras,    Dr. Wendy K. Zouras,    1640 Overland Trl.,    Deerfield, IL 60015-1810
10260615      ABX,    PO Box 983,    Brookfield, WI 53008-0983
10260616      ADT SECURITY SERVICE,    P.O. BOX 650485,    DALLAS, TX 75265-0485
10260621     +ANDERSON PEST CONTROL,    65 CENTURY DR.,    WEELING, IL 60090-6051
10260622     +AV Call Center,    P.O. Box 1025,    Thousand Oaks, CA 91358-0025
10260623     +AXIS PUBLISHING CO,    POBOX 308,    JANESVILLE, WI 53547-0308
10541380     +American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
10260618     +American Linen,    Coston & Rademacher,    407 S. Dearborn # 600,    Chicago, IL 60605-1115
10260620      Anderson Crenshaw & Associates,    6116 N Central Expressway #1090,    DALLAS, TX 75206-5157
10260624      BANK OF AMERICA,    PO BOX 1758,    NEWARK, NJ 07101
10260627     +BUSINESS FINANCIAL SERVICES,    11780 W. SAMPLE RD.#101,    CORAL SPRINGS, FL 33065-3141
10260626      Bank One OH1-1210,    P.O. Box 711210,    COLUMBUS, OH 43218
10260628      CAPITAL ONE,    1957 westmoreland rd.,    RICHMOND, VA 23276-5617
10260630      CHASE BANK CARD,    PO BOX 52188,    PHOENIX, AZ 85072-2188
10260632      CITIBANK-SECONDS,    PO BOX 41417 DEPT.99,    PHILADELPHIA, PA 19101
10260638     +CREDID CLEARING HOUSE INC,,    200 BUSSINESS PARK DR.,    ARMONK, NY 10504-1700
10260631     +Chicago Backflow Inc.,    12607 S. Laramie Av.,    Alspin, IL 60803-3225
11402151      Citibank (South Dakota) N.A.,    Exception Payment Processing?,    P.O. Box  6305,
               The Lakes, NV  88901-6305
10260633      Citibusiness Platinum Select Card,    P.O. Box 45205,    JANESVILLE, FL 32232-5205
10260634     +Clipper Magazine,    PO BOX 610,    Mountville, PA 17554-0610
10260637     +Countrywide Home Loans,    Customer Service SVB-314,    P. O. Box 5170,
               Simi Valley, CA 93062-5170
10260639     +D&B RMS,    4836 BRECKSVILLE RD.,    POBOX 523  RICHFIELD, OH 44286-9177
10260640     +David J. Axelrod & Assoc.,    1448 Old Skokie Rd.,    Highland Park, IL 60035-3041
10260670     +Dianne Samartzis,    c/o William Bazianos,    750 Lake Cook Road,    Buffalo Grove, IL 60089-2069
10260645     +FIRST MIDWEST BANK,    300 PARK BOULEVARD SUITE 400,    ITASCA, IL 60143-2682
10260644      Federated Fin. Corp.of America,    P.O. Box 2034,    Farmington Hills, MI 48333-2034
10260646      Goldberg Mechales Charneske & Schif.,    2101 Waukegan Rd.Suite 210,    Bannockburn, IL 60015-1836
10260647     +Gross & Boyle,    15 Salt Creek Ln Suite 207,    Hinsdale, IL 60521-8656
10260648     +H.S.I.,    9977 NORTH 90TH SREET,    SCOTTSDALE, AZ 85258-4423
10260649      Home Depot Credit Services,    Processing Center,    Des Moines, IA 50364-0500
10260650     +Hospitality Technology LLC,    2400 E. Main St. # 103,    St.Charles, IL 60174-2415
10260651     +IDES,    IDES,    33 S. State Street,    Chicago, IL 60603-2808
11556603     ++ILLINOIS DEPARTMENT OF REVENUE,     P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court:  Illinois Department of Revenue,     Bankruptcy Section,
               100 West Randolph Street  Level 7-425,    Chicago, Illinois 60601)
10260652      Illinois Department of Revenue,    Springfield, IL 62794
10260654      James A Atty,    3100 S Gessner Rd,    Houston, TX 77063-3760
10260655     +MADISON MORGAN&REED,    145 W. AURORA RD.,    POBOX 735 NORTHFIELD, OH 44067-2082
10260656     +MARCUS PROMOTHIONS INC,    5901 N.CICERO ST. STE.306,    CHICAGO, IL 60646-5719
10260657      MBNA AMERICA,    PO BOX 15137,    WILMINGTON, DE 19886-5137
10260660     +MT FOODSERVICE,    400 N NOBLE,    chicago, IL 60642-6697
10260658     +McCARTHY BURGERS &WOLF,    26000 CANNON ROAD,    CLEVELAND, OH 44146-1807
10260659      McCARTHY BURGERS &WOLF,    THE MB&W BUILDING 26000CANNON RD.,    CLEVELAND, OH 44146
10260662      Nationwide Credit Inc.,    2015 Vaughn Rd. Ste 300,    Kennesaw, GA 30144-7802
10260663     #Nationwide Credit Inc.,    4740 N State Road 7 Ste 108,    Lauderdale Lakes, FL 33319-5839
10260661     +Nationwide Credit Inc.,    11 East 36 St. 10th Floor,    New York, NY 10016-3318
10260664     +Neighborhood Network,    1258 Allanson Rd.,    Mundelein, IL 60060-3808
10260666     +Northern Trust Co.,    John S Pucin,    1419 Lake Cook Rd. S-6 480,    DEERFIELD, IL 60015-5614
10260667     +Peoples Energy/North Shore Gas,    3001 Grand Av.,    Waukegan, IL 60085-2320
10260668      Professional Fee Finance Assoc.,    P.O. Box 820109,    PHILADELPHIA, PA 19182-0109
10260669     +Riffner Barber Rowden & Scott LLC,    1834 Walden Office Square # 500,    Schaumburg, IL 60173-4298
10260671     +SBC,    Bill Payment Center,    Saginaw, WI 48663-0001
10260673      SEARS GOLD GARD,    PO BOX 182156,    COLUMBUS, OH 43218-2156
10260675     +SUPREME LUBSTER,    220 EAST NORTH AV.,    VILLA PARK, IL 60181-1207
10260676     +SVET INTERNATIONAL PUBLISHING CO.,    747 LAKE COOK ROAD SUITE 106W,    DEERFIELD, IL 60015-4935
10260672      Sears,    P.O. Box 818007,    Cleveland, OH 44181-8007
10260674    #+Sorman & Frankel Ltd.,    David J. Frankel,    203 North LaSalle St. # 2350,
               Chicago, IL 60601-1220
10260619     +Steve Amers,    1120 Oakhurst,    Riverwoods, IL 60015-2536
10260677      Talk America,    6305 Rte 202,    New Hope, PA 18938
10260679      Venture Business Brokers Ltd,    116 Lively Blvd,    Elk Grove, IL 60007
10260680     +Zepole Supply Co,    506 E North Frontage Rd,    Bolingbrook, IL 60440-3061

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
10260642      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 12 2012 03:04:41     DISCOVER CARD,    PO BOX 30395,
               SALT LK. CITY, UT 84130
11400587      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 12 2012 03:04:41
               Discover Bank/Discover Financial Services,    PO Box 3025,    New Albany OH 43054-3025
10260643      E-mail/Text: bankruptcynotices@ecolab.com Jun 12 2012 04:16:50     Ecolab Inc,    P.O. Box 70343,
               Chicago, IL 60673-0343
```

```
District/off: 0752-1           User: esullivan              Page 2 of 3                   Date Rcvd: Jun 11, 2012
                               Form ID: pdf006              Total Noticed: 63
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
10260653          E-mail/Text: cio.bncmail@irs.gov Jun 12 2012 01:04:38      Department of the Treasury-Internal Revenue Servic,   Centralized Insolvency Operations,
                  P O Box 21126,    Philadelphia, PA 19114
10260671         +E-mail/Text: g17768@att.com Jun 12 2012 03:24:18      SBC,   Bill Payment Center,
                  Saginaw, WI 48663-0001
                                                                                                 TOTAL: 5

                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10260617*        ADT SECURITY SERVICE,    P.O. BOX 650485,    DALLAS, TX 75265-0485
10607962*        American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
10260635*       +Clipper Magazine,    PO BOX 610,    Mountville, PA 17554-0610
10260636*       +Clipper Magazine,    PO BOX 610,    Mountville, PA 17554-0610
10260665*       +Neighborhood Network,    1258 Allanson Rd.,    Mundelein, IL 60060-3808
10260625       ##+BANK OF AMERICA,    PO BOX 5270,    CAROL STREAM, IL 60197-5270
10260629       ##+CAPITAL ONE,    PO BOX 26094,    RICHMAND, VA 23260-6094
10260641       ##+Discount Paper Prod. Inc.,    P.O. Box 268,    54750 Grand River Av.,    New Hudson, MN 48165-8526
10260678       ##+TRANSWORLD SYSTEMS INC.,    25 NORTHWEST POINT BLVD.#750,    ELK GROVE VLG, IL 60007-1058
                                                                                               TOTALS: 0, * 5, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 13, 2012**                     **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: esullivan            Page 3 of 3                  Date Rcvd: Jun 11, 2012
                              Form ID: pdf006            Total Noticed: 63
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2012 at the address(es) listed below:

```
              Chris A Cieniawa     on behalf of Creditor   Countrywide Home Loans
               ccieniawa@fisherandshapirolaw.com, BK_IL_Notice@fisherandshapirolaw.com
              Christopher H Purcell    on behalf of Creditor   First Midwest Bank shermlaw13@aol.com
              David P Leibowitz    on behalf of Debtor James Zouras dleibowitz@lakelaw.com,
               czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
              Ilene F Goldstein    on behalf of Trustee Ilene Goldstein ifgolds@aol.com,  il35@ecfcbis.com
              Ilene F Goldstein     ifgolds@aol.com,  IL35@ecfcbis.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```