**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: ZOURAS, JAMES M                           § Case No. 05-55711
       ZOURAS, DR. K.                            §
                                                 §
Debtor(s)                                        §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $200,012.00                    Assets Exempt: $7,000.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $83,547.53      Claims Discharged
                                                 Without Payment: $75,836.08

Total Expenses of Administration: $45,975.65

---

   3) Total gross receipts of $ 129,523.18   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00   (see **Exhibit 2**), yielded net receipts of $129,523.18 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 45,977.65 | 45,975.65 | 45,975.65 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,940.00 | 1,940.00 | 1,940.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 157,443.61 | 157,443.61 | 81,607.53 |
| **TOTAL DISBURSEMENTS** | $0.00 | $205,361.26 | $205,359.26 | $129,523.18 |

4) This case was originally filed under Chapter 7 on October 14, 2005. The case was pending for 86 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/10/2012            By: /s/ILENE F. GOLDSTEIN
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| STOCK AND BUSINESS INTERESTS | 1129-000 | 128,921.90 |
| Interest Income | 1270-000 | 601.28 |
| **TOTAL GROSS RECEIPTS** | | **$129,523.18** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 9,726.16 | 9,726.16 | 9,726.16 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 28,825.00 | 28,825.00 | 28,825.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 673.11 | 671.11 | 671.11 |
| PBG | 3410-000 | N/A | 3,872.00 | 3,872.00 | 3,872.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Code | | Scheduled | Asserted | Allowed |
|---|---|---|---|---|---|
| PBG | 3420-000 | N/A | 445.00 | 445.00 | 445.00 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 22.78 | 22.78 | 22.78 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 48.88 | 48.88 | 48.88 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 75.80 | 75.80 | 75.80 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 88.97 | 88.97 | 88.97 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 112.36 | 112.36 | 112.36 |
| The Bank of New York Mellon | 2600-000 | N/A | 61.70 | 61.70 | 61.70 |
| ILLINOIS DEPARTMENT OF REVENUE | 2810-000 | N/A | 80.00 | 80.00 | 80.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 231.13 | 231.13 | 231.13 |
| The Bank of New York Mellon | 2600-000 | N/A | 222.93 | 222.93 | 222.93 |
| The Bank of New York Mellon | 2600-000 | N/A | 245.53 | 245.53 | 245.53 |
| The Bank of New York Mellon | 2600-000 | N/A | 229.65 | 229.65 | 229.65 |
| The Bank of New York Mellon | 2600-000 | N/A | 243.84 | 243.84 | 243.84 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 105.64 | 105.64 | 105.64 |
| The Bank of New York Mellon | 2600-000 | N/A | 220.42 | 220.42 | 220.42 |
| The Bank of New York Mellon | 2600-000 | N/A | 227.39 | 227.39 | 227.39 |
| The Bank of New York Mellon | 2600-000 | N/A | 219.36 | 219.36 | 219.36 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $45,977.65 | $45,975.65 | $45,975.65 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9P | Illinois Department of Revenue | 5800-000 | N/A | 1,940.00 | 1,940.00 | 1,940.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,940.00 | $1,940.00 | $1,940.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank/Discover Financial Services | 7100-000 | N/A | 13,799.47 | 13,799.47 | 7,152.66 |
| 2 | Citibank (South Dakota) N.A. | 7100-000 | N/A | 13,967.64 | 13,967.64 | 7,239.83 |
| 3 | MT FOODSERVICE | 7100-000 | N/A | 594.52 | 594.52 | 308.16 |
| 4 | Gross & Boyle | 7100-000 | N/A | 946.46 | 946.46 | 490.58 |
| 5 | American Express Bank FSB | 7100-000 | N/A | 1,917.08 | 1,917.08 | 993.68 |
| 6 | American Express Bank FSB | 7100-000 | N/A | 7,049.88 | 7,049.88 | 3,654.15 |
| 7 | American Express Bank FSB | 7100-000 | N/A | 22,753.37 | 22,753.37 | 11,793.72 |
| 8 | Ecolab Inc | 7100-000 | N/A | 3,380.87 | 3,380.87 | 1,752.40 |
| 9U | Illinois Department of Revenue | 7100-000 | N/A | 349.00 | 349.00 | 180.90 |
| 10 | Federated Fin. Corp.of America | 7100-000 | N/A | 15,181.06 | 15,181.06 | 7,868.78 |
| 11 | Steve Amers | 7100-000 | N/A | 77,504.26 | 77,504.26 | 40,172.67 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $157,443.61 | $157,443.61 | $81,607.53 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-55711  
**Case Name:** ZOURAS, JAMES M  
ZOURAS, DR. K.  
**Period Ending:** 12/10/12

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 10/14/05 (f)  
**§341(a) Meeting Date:** 01/12/06  
**Claims Bar Date:** 08/22/07

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | RESIDENCE | 500,000.00 | 0.00 | | 0.00 | FA |
| 2 | BANK ACCOUNTS  Debtors used funds for living expenses. | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 1.00 | 1.00 | | 0.00 | FA |
| 4 | STOCK AND BUSINESS INTERESTS | 200,000.00 | 200,000.00 | OA | 128,812.50 | FA |
| 5 | AUTOMOBILES AND OTHER VEHICLES 2003 Volkswagen  Lease no value to the estate | 12.00 | 12.00 | DA | 0.00 | FA |
| 6 | AUTOMOBILES AND OTHER VEHICLES 2002 Mitsubishi | 7,000.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 601.28 | Unknown |
| 7 | **Assets Totals** (Excluding unknown values) | **$708,513.00** | **$201,513.00** | | **$129,413.78** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS: THE DEBTOR WAS INVOLVED IN NUMEROUS RESTAURANT ENTERPRISES. THE TRUSTEE IS COLLECTING ON THE SALE OF A RESTAURANT WHICH HAD APPROXIMATELY ONE YEAR TO PAYOFF.THE PURCHASER WAS UNABLE TO PAY DUE TO ECONOMIC CONDITIONS. THE TRUSTEE OBTAINED A COURT ORDER AUTHORIZING HER TO ABANDON THE ACCOUNT RECEIVABLE ON APRIL 29,2011. SHE HIRED THE ESTATE'S ACCOUNTANT ON MAY 13, 2011. DUE TO THE LACK OF INFORMATION FREOM THE DEBTOR THE TAX RETURNS WERE NOT COMPLETED UNTIL OCTOBER AND WERE IMMEDIATELY FILED. THE TRUSTEE DID NOT RECEIVE THE RESPONSE TO THE 505(B) LETTER UNTIL THE MIDDLE OF JANUARY 2012.

THE FINAL REPORT WILL BE ON FILE SHORTLY

**Initial Projected Date Of Final Report (TFR):** December 31, 2008  **Current Projected Date Of Final Report (TFR):** March 31, 2012

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 05-55711  
**Case Name:** ZOURAS, JAMES M  
ZOURAS, DR. K.  
**Taxpayer ID #:** **-***3791  
**Period Ending:** 12/10/12

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****75-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/07/06 | {4} | Abarca Restaurant Concept Inc | Sale of interest in Corporation | 1129-000 | 2,000.00 | | 2,000.00 |
| 04/07/06 | {4} | Abarca Restaurant Concept Inc | Sale of Interest in Corporation | 1129-000 | 3,059.90 | | 5,059.90 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.11 | | 5,062.01 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.44 | | 5,065.45 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.33 | | 5,068.78 |
| 07/15/06 | {4} | Zouras | Sale of personal property | 1129-000 | 6,090.00 | | 11,158.78 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 5.18 | | 11,163.96 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.59 | | 11,171.55 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.09 | | 11,178.64 |
| 10/13/06 | {4} | Zouras | FUNDS RECEIVED FROM SALE OF ASSETS | 1129-000 | 6,118.00 | | 17,296.64 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.84 | | 17,306.48 |
| 11/29/06 | {4} | Zouras-ABarca | Sale of personal property | 1129-000 | 3,059.00 | | 20,365.48 |
| 11/29/06 | {4} | Abarca Restaurant | Sale of personal property | 1129-000 | 3,059.00 | | 23,424.48 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 11.37 | | 23,435.85 |
| 12/15/06 | {4} | Abarca | Sale of Restaurant | 1129-000 | 3,059.00 | | 26,494.85 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 15.62 | | 26,510.47 |
| 01/23/07 | {4} | Abarca | Sale of personal property | 1129-000 | 3,059.00 | | 29,569.47 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 18.08 | | 29,587.55 |
| 02/15/07 | {4} | Abarca | ACCOUNTS RECEIVABLE | 1129-000 | 3,059.00 | | 32,646.55 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.23 | | 32,661.78 |
| 03/20/07 | {4} | Abarca | Sale of Restaurant | 1129-000 | 3,059.00 | | 35,720.78 |
| 03/20/07 | 1001 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #05-55711 | 2300-000 | | 22.78 | 35,698.00 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.93 | | 35,715.93 |
| 04/12/07 | {4} | ABARCA | FUNDS RECEIVED FROM SALE OF ASSETS | 1129-000 | 3,059.00 | | 38,774.93 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 20.52 | | 38,795.45 |
| 05/17/07 | {4} | Abarca | FUNDS RECEIVED FROM SALE OF ASSETS | 1129-000 | 3,059.00 | | 41,854.45 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 22.22 | | 41,876.67 |
| 06/25/07 | {4} | Abarca | Sale of personal property | 1129-000 | 3,059.00 | | 44,935.67 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 21.88 | | 44,957.55 |
| 07/18/07 | {4} | Abarca | Sale of assets | 1129-000 | 3,059.00 | | 48,016.55 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 26.31 | | 48,042.86 |
| 08/17/07 | {4} | Abarca | Sale of personal property | 1129-000 | 3,059.00 | | 51,101.86 |
| 08/30/07 | 1002 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | FEES | 3110-000 | | 6,127.50 | 44,974.36 |
| 08/30/07 | 1003 {4} | LAW OFFICES OF ILENE F. | EXPENSES | 3120-000 | | 109.40 | 44,864.96 |

Subtotals : $51,124.64    $6,259.68

{} Asset reference(s)

Printed: 12/10/2012 01:16 PM    V.13.04

# FORM 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 05-55711  
**Case Name:** ZOURAS, JAMES M  
ZOURAS, DR. K.  
**Taxpayer ID #:** **-***3791  
**Period Ending:** 12/10/12  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****75-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | GOLDSTEIN, CHARTERED | | | | | |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 27.10 | | 44,892.06 |
| 09/14/07 | {4} | Abarca | FUNDS RECEIVED FROM SALE OF ASSETS | 1129-000 | 3,059.00 | | 47,951.06 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 23.52 | | 47,974.58 |
| 10/11/07 | {4} | Abarca | Sale of Asset | 1129-000 | 3,059.00 | | 51,033.58 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 29.10 | | 51,062.68 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 26.56 | | 51,089.24 |
| 12/04/07 | {4} | Abarca | Sale of Asset | 1129-000 | 3,059.00 | | 54,148.24 |
| 12/14/07 | {4} | Abarca | sale of asset | 1129-000 | 3,069.00 | | 57,217.24 |
| 12/14/07 | {4} | Abarca | sale of asset | 1129-000 | 3,059.00 | | 60,276.24 |
| 12/14/07 | {4} | Abarca | sale of asset | 1129-000 | -3,069.00 | | 57,207.24 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 28.15 | | 57,235.39 |
| 01/14/08 | {4} | Abarca | Sale of asset | 1129-000 | 3,059.00 | | 60,294.39 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 26.93 | | 60,321.32 |
| 02/12/08 | 1004 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2007 FOR CASE #05-55711, Bond payment | 2300-000 | | 48.88 | 60,272.44 |
| 02/15/08 | {4} | ABARCA | sale of asset | 1129-000 | 3,059.00 | | 63,331.44 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 12.68 | | 63,344.12 |
| 03/17/08 | {4} | Abarca | Sale of Assets | 1129-000 | 3,059.00 | | 66,403.12 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 12.00 | | 66,415.12 |
| 04/24/08 | {4} | Abarca | Saler of assets | 1129-000 | 3,059.00 | | 69,474.12 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 9.36 | | 69,483.48 |
| 05/22/08 | {4} | Abarca | Sale of personal property | 1129-000 | 3,059.00 | | 72,542.48 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.81 | | 72,551.29 |
| 06/23/08 | {4} | Abarca | Sale of personal property | 1129-000 | 3,059.00 | | 75,610.29 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 9.31 | | 75,619.60 |
| 07/17/08 | {4} | Abarca | Sale of personal property | 1129-000 | 3,059.00 | | 78,678.60 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 9.78 | | 78,688.38 |
| 08/27/08 | {4} | ABARCA | Sale of personal property | 1129-000 | 3,059.00 | | 81,747.38 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 9.39 | | 81,756.77 |
| 09/16/08 | {4} | Abarca | Sale of personal property | 1129-000 | 3,059.00 | | 84,815.77 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 10.91 | | 84,826.68 |
| 10/16/08 | {4} | Abarca | Sale of Assets | 1129-000 | 3,059.00 | | 87,885.68 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 9.34 | | 87,895.02 |
| 11/18/08 | {4} | Abarca | Sale of personal property | 1129-000 | 3,059.00 | | 90,954.02 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 6.99 | | 90,961.01 |

Subtotals: $46,144.93   $48.88

{} Asset reference(s)   Printed: 12/10/2012 01:16 PM   V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 05-55711 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | ZOURAS, JAMES M | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | ZOURAS, DR. K. | | Account: | ***-*****75-65 - Money Market Account |
| Taxpayer ID #: | **-***3791 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/10/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.45 | | 90,967.46 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.71 | | 90,971.17 |
| 02/12/09 | {4} | Abarca | Sale of restaurant | 1129-000 | 3,059.00 | | 94,030.17 |
| 02/12/09 | {4} | Abarca | Sale of restaurant | 1129-000 | 3,059.00 | | 97,089.17 |
| 02/20/09 | 1005 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | FEES | 3110-000 | | 9,980.00 | 87,109.17 |
| 02/20/09 | 1006 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Expenses | 3120-000 | | 345.58 | 86,763.59 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.52 | | 86,767.11 |
| 03/04/09 | 1007 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/04/2009 FOR CASE #05-55711 | 2300-000 | | 75.80 | 86,691.31 |
| 03/27/09 | {4} | Abarca | Sale of Assets | 1129-000 | 3,059.00 | | 89,750.31 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.79 | | 89,754.10 |
| 04/30/09 | {4} | Abarca | Sale of personal property | 1129-000 | 3,059.00 | | 92,813.10 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.66 | | 92,816.76 |
| 05/29/09 | {4} | Abarca | Sale of personal property | 1129-000 | 3,059.00 | | 95,875.76 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.66 | | 95,879.42 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.17 | | 95,883.59 |
| 07/03/09 | {4} | Abarca | Sale of personal property | 1129-000 | 3,059.00 | | 98,942.59 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.16 | | 98,946.75 |
| 08/12/09 | {4} | Abaca | Sale of personal property | 1129-000 | 3,059.00 | | 102,005.75 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.25 | | 102,010.00 |
| 09/02/09 | {4} | ABARCA | Sale of personal property | 1129-000 | 3,059.00 | | 105,069.00 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.28 | | 105,073.28 |
| 10/13/09 | {4} | Abarca | Sale of personal property | 1129-000 | 3,059.00 | | 108,132.28 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.36 | | 108,136.64 |
| 11/04/09 | {4} | Abarca | Sale of personal property | 1129-000 | 3,059.00 | | 111,195.64 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.67 | | 111,200.31 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.68 | | 111,204.99 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.38 | | 111,209.37 |
| 02/19/10 | {4} | AbarcA | Sale of personal property | 1129-000 | 1,530.00 | | 112,739.37 |
| 02/19/10 | 1008 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/19/2010 FOR CASE #05-55711 | 2300-000 | | 88.97 | 112,650.40 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.24 | | 112,654.64 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 5.05 | | 112,659.69 |

Subtotals :        $32,189.03        $10,490.35

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 05-55711
**Case Name:** ZOURAS, JAMES M
ZOURAS, DR. K.
**Taxpayer ID #:** **-***3791
**Period Ending:** 12/10/12

**Trustee:** ILENE F. GOLDSTEIN (330290)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****75-65 - Money Market Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 2.91 | | 112,662.60 |
| 04/20/10 | | Wire out to BNYM account 9200******7565 | Wire out to BNYM account 9200******7565 | 9999-000 | -112,662.60 | | 0.00 |
| | | | ACCOUNT TOTALS | | 16,798.91 | 16,798.91 | $0.00 |
| | | | Less: Bank Transfers | | -112,662.60 | 0.00 | |
| | | | **Subtotal** | | **129,461.51** | **16,798.91** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$129,461.51** | **$16,798.91** | |

{} Asset reference(s)

Printed: 12/10/2012 01:16 PM    V.13.04

Exhibit 9

# FORM 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 05-55711  
**Case Name:** ZOURAS, JAMES M  
ZOURAS, DR. K.  
**Taxpayer ID #:** **-***3791  
**Period Ending:** 12/10/12  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******75-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7565 | Wire in from JPMorgan Chase Bank, N.A. account ********7565 | 9999-000 | 112,662.60 | | 112,662.60 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.37 | | 112,664.97 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 6.70 | | 112,671.67 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 6.48 | | 112,678.15 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 6.70 | | 112,684.85 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 6.70 | | 112,691.55 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.77 | | 112,694.32 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.87 | | 112,697.19 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.77 | | 112,699.96 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.87 | | 112,702.83 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.87 | | 112,705.70 |
| 02/04/11 | 11009 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2011 FOR CASE #05-55711, Bond Premiums | 2300-000 | | 112.36 | 112,593.34 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.59 | | 112,595.93 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.86 | | 112,598.79 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.77 | | 112,601.56 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.86 | | 112,604.42 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.92 | | 112,605.34 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.95 | | 112,606.29 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.95 | | 112,607.24 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 262.24 | 112,345.00 |
| 09/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -200.54 | 112,545.54 |
| 09/22/11 | 11010 | ILLINOIS DEPARTMENT OF REVENUE | Taxes | 2810-000 | | 80.00 | 112,465.54 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.92 | | 112,466.46 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 231.13 | 112,235.33 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.95 | | 112,236.28 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 222.93 | 112,013.35 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.92 | | 112,014.27 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 245.53 | 111,768.74 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.94 | | 111,769.68 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 229.65 | 111,540.03 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.94 | | 111,540.97 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 243.84 | 111,297.13 |

Subtotals: $112,724.27    $1,427.14

{} Asset reference(s)

Printed: 12/10/2012 01:16 PM    V.13.04

## FORM 2

Page: 6

### Cash Receipts And Disbursements Record

**Case Number:** 05-55711  
**Case Name:** ZOURAS, JAMES M  
ZOURAS, DR. K.  
**Taxpayer ID #:** **-***3791  
**Period Ending:** 12/10/12  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******75-65 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/15/12 | 11011 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2012 FOR CASE #05-55711, 2012-2013 Bond Premium | 2300-000 | | 105.64 | 111,191.49 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 220.42 | 110,971.07 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 227.39 | 110,743.68 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 219.36 | 110,524.32 |
| 07/24/12 | 11012 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $28,825.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 12,717.50 | 97,806.82 |
| 07/24/12 | 11013 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $9,726.16, Trustee Compensation; Reference: | 2100-000 | | 9,726.16 | 88,080.66 |
| 07/24/12 | 11014 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $671.11, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 216.13 | 87,864.53 |
| 07/24/12 | 11015 | PBG | Dividend paid 100.00% on $3,872.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 3,872.00 | 83,992.53 |
| 07/24/12 | 11016 | PBG | Dividend paid 100.00% on $445.00, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 445.00 | 83,547.53 |
| 07/24/12 | 11017 | Illinois Department of Revenue | Dividend paid 100.00% on $1,940.00; Claim# 9P; Filed: $1,940.00; Reference: | 5800-000 | | 1,940.00 | 81,607.53 |
| 07/24/12 | 11018 | Discover Bank/Discover Financial Services | Dividend paid 51.83% on $13,799.47; Claim# 1; Filed: $13,799.47; Reference: | 7100-000 | | 7,152.66 | 74,454.87 |
| 07/24/12 | 11019 | Citibank (South Dakota) N.A. | Dividend paid 51.83% on $13,967.64; Claim# 2; Filed: $13,967.64; Reference: | 7100-000 | | 7,239.83 | 67,215.04 |
| 07/24/12 | 11020 | MT FOODSERVICE | Dividend paid 51.83% on $594.52; Claim# 3; Filed: $594.52; Reference: | 7100-000 | | 308.16 | 66,906.88 |
| 07/24/12 | 11021 | Gross & Boyle | Dividend paid 51.83% on $946.46; Claim# 4; Filed: $946.46; Reference: | 7100-000 | | 490.58 | 66,416.30 |
| 07/24/12 | 11022 | American Express Bank FSB | Dividend paid 51.83% on $1,917.08; Claim# 5; Filed: $1,917.08; Reference: | 7100-000 | | 993.68 | 65,422.62 |
| 07/24/12 | 11023 | American Express Bank FSB | Dividend paid 51.83% on $7,049.88; Claim# 6; Filed: $7,049.88; Reference: | 7100-000 | | 3,654.15 | 61,768.47 |
| 07/24/12 | 11024 | American Express Bank FSB | Dividend paid 51.83% on $22,753.37; Claim# 7; Filed: $22,753.37; Reference: | 7100-000 | | 11,793.72 | 49,974.75 |
| 07/24/12 | 11025 | Ecolab Inc | Dividend paid 51.83% on $3,380.87; Claim# 8; Filed: $3,380.87; Reference: | 7100-000 | | 1,752.40 | 48,222.35 |
| 07/24/12 | 11026 | Illinois Department of Revenue | Dividend paid 51.83% on $349.00; Claim# 9U; | 7100-000 | | 180.90 | 48,041.45 |

Subtotals :        $0.00        $63,255.68

{} Asset reference(s)                                                                                       Printed: 12/10/2012 01:16 PM        V.13.04

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

**Case Number:** 05-55711  
**Case Name:** ZOURAS, JAMES M  
ZOURAS, DR. K.  
**Taxpayer ID #:** **-***3791  
**Period Ending:** 12/10/12

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******75-65 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $349.00; Reference: | | | | |
| 07/24/12 | 11027 | Federated Fin. Corp.of America | Dividend paid  51.83% on $15,181.06; Claim# 10; Filed: $15,181.06; Reference: | 7100-000 | | 7,868.78 | 40,172.67 |
| 07/24/12 | 11028 | Steve Amers | Dividend paid  51.83% on $77,504.26; Claim# 11; Filed: $77,504.26; Reference: | 7100-000 | | 40,172.67 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 112,724.27 | 112,724.27 | $0.00 |
| Less: Bank Transfers | 112,662.60 | 0.00 | |
| **Subtotal** | **61.67** | **112,724.27** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$61.67** | **$112,724.27** | |

Net Receipts :       129,523.18  
_____  
Net Estate :         $129,523.18

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****75-65** | 129,461.51 | 16,798.91 | 0.00 |
| **Checking # 9200-******75-65** | 61.67 | 112,724.27 | 0.00 |
| | $129,523.18 | $129,523.18 | $0.00 |